FILED

07 NOV 28 PM 4:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: \_\_\_\_PDU\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   07 CR 3221 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 31, U.S.C., Secs. 5316(a)(1)(A) and 5324(c)(1) - Failure to File Reports on Exporting Monetary Instruments; Title 31, U.S.C., Sec. 5332(a) - Bulk Cash Smuggling; Title 31, U.S.C., Secs. 5316, 5317(c)(1) and 5324, 5332(a)(1), (b)(2) and (c)(3) - Criminal Forfeiture |
| JESUS GOMEZ-FELIX, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about November 14, 2007, within the Southern District of California, defendant JESUS GOMEZ-FELIX, knowingly and with intent to evade the reporting requirements of Title 31, United States Code, Section 5316, did transport and was about to transport more than $10,000 in monetary instruments, to wit, approximately $15,680.00 in U.S. currency, at one time from a place in the United States to or through a place outside the United States, to wit, the Republic of

//

//

JJO:em:San Diego
11/28/07

1 | Mexico, without filing the report required by Section 5316; in
2 | violation of Title 31, United States Code, Sections 5316(a)(1)(A)
3 | and 5324(c)(1), and Title 31, Code of Federal Regulations,
4 | Section 103.23(a).

### Count 2

On or about November 14, 2007, within the Southern District of California, defendant JESUS GOMEZ-FELIX, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, did knowingly and intentionally conceal more than $10,000 in United States currency, to wit, a total of approximately $15,680.00, concealed on his person, and transported, transferred or attempted to transport or transfer such currency from a place within the United States to a place outside the United States, to wit, the Republic of Mexico; in violation of Title 31, United States Code, Section 5332(a).

### FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 and 2 are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America.

2. As a result of committing the offense of failing to file a currency report as alleged in Count 1, defendant JESUS GOMEZ-FELIX shall forfeit to the United States all property, real and personal, involved in said offense and all property traceable to such property, including but not limited to, $15,680.00 in United States currency; all in violation of Title 31, United States Code, Sections 5316 and 5317(c)(1).

//
//

3. As a result of committing the offense of bulk cash smuggling as alleged in Count 2, defendant JESUS GOMEZ-FELIX, shall forfeit to the United States all property, real and personal, involved in said offense and all property traceable to such property, including but not limited to, $15,680.00 in United States currency; all in violation of Title 31, United States Code, Sections 5332(a)(1), (b)(2) and (c)(3).

DATED: November 28, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney